IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gee, Harry L | Case Number: 04 B 43166 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/6/07 | Filed: 11/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 1, 2007
Confirmed: January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,138.34 | |
| Secured: | | 1,786.99 |
| Unsecured: | | 339.28 |
| Priority: | | 0.00 |
| Administrative: | | 2,740.00 |
| Trustee Fee: | | 272.07 |
| Other Funds: | | 0.00 |
| Totals: | 5,138.34 | 5,138.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,740.00 | 2,740.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 3,000.00 | 1,786.99 |
| 3. | Premier Bankcard | Unsecured | 33.93 | 339.28 |
| 4. | Wells Fargo Fin Acceptance | Unsecured | 1,211.21 | 0.00 |
| 5. | LCI International | Unsecured | | No Claim Filed |
| 6. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 7. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 8. | Money Control | Unsecured | | No Claim Filed |
| 9. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 10. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 11. | State Collection Srv | Unsecured | | No Claim Filed |
| 12. | CitiFinancial Auto Credit Inc | Unsecured | | No Claim Filed |
| 13. | Cross Country Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,985.14 | $ 4,866.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 39.00 |
| 4% | 16.00 |
| 3% | 6.00 |
| 5.5% | 132.00 |
| 5% | 20.00 |
| 4.8% | 19.20 |
| 5.4% | 39.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gee, Harry L

Printed: 11/6/07

Case Number:  04 B 43166
Judge:  Wedoff, Eugene R
Filed:  11/19/04

_____
$ 272.07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____